

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SYDNEY REDFIELD, DBA Sidalpha, <br><br> Defendant - Appellee. | No. 25-3375 <br><br> D.C. No. 3:23-cv-00321-MMC <br> Northern District of California, San Francisco <br><br> ORDER |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

This court lacks jurisdiction over this appeal because the May 14, 2025 order challenged in the notice of appeal is not final or immediately appealable. *See* 28 U.S.C. § 1291; *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 377 (1981) ("[W]e have generally denied review of pretrial discovery orders."); *United States v. Almany*, 872 F.2d 924, 926 (9th Cir. 1989) (finding order denying motion for discovery not appealable collateral order). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

Appellant's motion (Docket Entry No. 3) for summary reversal is denied as moot.

**DISMISSED.**