|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 13 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

Mr. DAVID ANTHONY STEBBINS,

　　Plaintiff - Appellant,

　v.

SYDNEY REDFIELD, DBA Sidalpha,

　　Defendant - Appellee.

No. 25-3375

D.C. No.
3:23-cv-00321-MMC

Northern District of California,
San Francisco

MANDATE

　　The judgment of this Court, entered July 22, 2025, takes effect this date.

　　This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT